**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1354**

MARK MURPHY; HOPE MURPHY,

       Plaintiffs - Appellants,

      v.

MCCABE, WEISBERG & CONWAY, L.L.C.; SURETY TRUST, LLC; THE BANK OF N.Y. MELLON; BANK OF AMERICA; BANK OF NEW YORK MELLON, f/k/a Bank of N.Y., as trustee; COUNTRYWIDE FINANCIAL CORPORATION; CWABS, INC., Asset Backed Certificates, Series 2005-16; DITECH FINANCIAL, LLC,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:17-cv-01095-LO-TCB)

Submitted:  August 16, 2018               Decided:  August 20, 2018

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark Murphy, Hope Murphy, Appellants Pro Se.  Abby Kelley Moynihan, MCCABE WEISBERG & CONWAY, LLC, Laurel, Maryland; Brian Allen Calub, MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark and Hope Murphy appeal the district court's order granting the Defendants' motion to dismiss the Murphys' civil action related to a residential deed of trust. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Murphy v. McCabe Weisberg & Conway LLC*, No. 1:17-cv-01095-LO-TCB (E.D. Va. Feb. 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
